Appeals for the Second Circuit denied. *Mr. Louis Halle* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Wm. W. Barron* for the United States.

No. 1013. LASKA *v.* UNITED STATES. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Ralph L. Carr, Jean S. Breitenstein* and *John G. Reid* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. Wm. W. Barron* and *Warner W. Gardner* for the United States.

No. 986. MUNOZ ET AL. *v.* PORTO RICO RAILWAY, LIGHT & POWER Co. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby* and *Nathan R. Margold* for petitioners. *Messrs. Carroll G. Walter* and *Henri Brown* for respondent.

No. 997. WASHINGTON *v.* COMMISSIONER OF INTERNAL REVENUE. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Bernhard Knollenberg* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 1015. UNITED STATES *v.* CHICAGO, BURLINGTON & QUINCY R. Co. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth